IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, )<br>)<br>) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:09cv231-MHT |
| ) | (WO) |
| LARRY SUMMERLIN and<br>SUMCO, LLC, )<br>)<br>) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 47), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The stay (doc. no. 44) is dissolved.

(2) This cause is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of January, 2012.


　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**